Juan antonio Gamez
_Name and Prisoner/Booking Number_

ASPc lewis Rast 2-D-18
_Place of Confinement_

P o Box 3600
_Mailing Address_

Buckeye AZ 85326
_City, State, Zip Code_

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

☒ FILED     ☐ LODGED

# Sep 21 2020

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Juan antonio Gamez ,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) DAVED SHINN, AZ, DEPT, OF ,
(Full Name of Defendant)

(2) Corr, ITAl ,

(3) _____ ,

(4) _____ ,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-20-01834-PHX-DJH-JFM
(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____ .

2. Institution/city where violation occurred: A.S.P.C lewis Rast unit .

**550/555**

## B.  DEFENDANTS

1.   Name of first Defendant: _DAVID SHINN_____. The first Defendant is employed
as: _____ at_____.
　　　　　　　　(Position and Title)　　　　　　　　　　　　　　　(Institution)

2.   Name of second Defendant: _UNKOWN_____. The second Defendant is employed as:
as: _____ at_____.
　　　　　　　　(Position and Title)　　　　　　　　　　　　　　　(Institution)

3.   Name of third Defendant: _UNKOWN_____. The third Defendant is employed
as: _____ at_____.
　　　　　　　　(Position and Title)　　　　　　　　　　　　　　　(Institution)

4.   Name of fourth Defendant: _____. The fourth Defendant is employed
as: _____ at_____.
　　　　　　　　(Position and Title)　　　　　　　　　　　　　　　(Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.   Have you filed any other lawsuits while you were a prisoner?      ☒ Yes        ☐ No

2.   If yes, how many lawsuits have you filed? _NONE_.  Describe the previous lawsuits:

　　a.   First prior lawsuit:
　　　　1.   Parties: _____ v. _____
　　　　2.   Court and case number:  _____.
　　　　3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
　　　　　　_____.

　　b.   Second prior lawsuit:
　　　　1.   Parties: _____ v. _____
　　　　2.   Court and case number:  _____.
　　　　3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
　　　　　　_____.

　　c.   Third prior lawsuit:
　　　　1.   Parties: _____ v. _____
　　　　2.   Court and case number:  _____.
　　　　3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
　　　　　　_____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: _4th Amend. Art 2 State Const 5th Amend 8th Amend. And 14th Amend of U.S Constitution_.

2.  **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
   ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
   ☐ Excessive force by an officer      ☐ Threat to safety      ☒ Other: _MONEY_

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_be Ginning on Jan, 15th 2020 Defendant under The command of DiR David Shinn (ADoC) began To Take money out of my, inmate account for indigent legal Supplies I never requested or received. 2. on Feb 11Th 2020 again inmate Banking staff under The Supervision of Jessica Onihals who's employeed under AD o C Dir David shinn again Took $10.00 x 2 = $20.00 OFF my inmate account for test's I never had Taken on march 10Th 2020 again money was take wrongfully out of my inmate Banking account $12.50 x 2 = $25.10 by inmate Banking and continued to being Taken on. march 17 thd 2020 total $20. 80. and on march 22 nd 2020 Totaling $ 9. 80. Plaintiff had filed an inmate informal to Resolve The Problem: Theft from his account by A.D.o.C Grievance policy and Procedure and through various A.S.P.C lewis Rast Unit staff officer's; 1) Co 111 Kathy Reddington 2) Co 1V morris- 3) SGT PereZ 4) SSU D. lewis 5) SSU officer said lamah and 6) inmate Banking manager Jessica Quihuls 7) Co 11 officer Borjon #12183 Rast Unit Property of mail_

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
   _Since 3/22/2020 The 8th Amendment was Placed upon me Cruel and unusual Punishment my DUE ProCess RighT's were Grossly violated by all Defend NoT Placing my money Back on my account_

5.  **Administrative Remedies:**
   a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☒ Yes    ☐ No
   b.  Did you submit a request for administrative relief on Count I?      ☒ Yes    ☐ No
   c.  Did you appeal your request for relief on Count I to the highest level?      ☒ Yes    ☐ No
   d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## COUNT II

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Count II.**  Identify the issue involved.   Check **only one**.   State additional issues in separate counts.
    ☐ Basic necessities         ☐ Mail         ☐ Access to the court        ☐ Medical care
    ☐ Disciplinary proceedings     ☐ Property      ☐ Exercise of religion      ☐ Retaliation
    ☐ Excessive force by an officer    ☐ Threat to safety   ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count II.  Describe exactly what
**each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without
citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at
        your institution?                                       ☒ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Count II?       ☐ Yes    ☐ No
    c.  Did you appeal your request for relief on Count II to the highest level?    ☐ Yes    ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not. _____
        _____.

4

## COUNT III

1.    State the constitutional or other federal civil right that was violated: _____
_____.

2.    **Count III.** Identify the issue involved.   Check **only one**.   State additional issues in separate counts.
☐ Basic necessities          ☐ Mail              ☐ Access to the court        ☐ Medical care
☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion       ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3.    **Supporting Facts.**   State as briefly as possible the FACTS supporting Count III.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.    **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5.    **Administrative Remedies.**
a.    Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                        ☐ Yes      ☐ No
b.    Did you submit a request for administrative relief on Count III?          ☐ Yes      ☐ No
c.    Did you appeal your request for relief on Count III to the highest level?  ☐ Yes      ☐ No
d.    If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.   _____
_____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

JURY TRIAL DEMANDED  IF DEFENDANT'S FAIL
TO SETTLE OUT OF COURT  $7500.00

if I go to Trial. $12500.00

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___9/21/2020___
                DATE

_Juan antonio Gauss_
SIGNATURE OF PLAINTIFF

___My Self___
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

ARIZONA DEPARTMENT OF CORRECTIONS
ARIZONA STATE PRISON COMPLEX - LEWIS
RAST UNIT

TO:        Gamez, Juan  ADC#139550

FROM:    Grievance Coordinator

DATE:     5/29/2020

SUBJECT:  Unprocessed Grievance

This is not a grievance response. Per D.O. 802.01 and 802.10, the grievance you submitted is being returned to you <u>unprocessed</u>

for one or more of the following reasons:

(x)      **You did not provide proof that you first submitted an <u>Informal Resolution</u> to your assigned COIII.**

         **Informal complaints MUST be submitted on the inmate informal complaint Resolution form 802-11**

         **Inmate Grievance form 802-1 not provided.**

( )      The time frame in which to file an Informal Resolution has expired and per policy is not subject to further processing.

( )      The time frame in which to file a Formal Grievance has expired and per policy is not subject to appeal.

( )      The time frame in which to file an Appeal has expired and per policy is not subject to further appeals.

( )      Threatens serious bodily harm to staff, other inmates, or the public.

( )      This issue has been previously addressed.

(x)      **Grievance contains or appears to contain more than one issue.**

( )      The Inmate Grievance Procedure does not serve as a duplicate or substitute appeal process for Classification.

         Disciplinary, Publication Review, STG Validation, or any system that has its own unique appeal process.

( )      Decisions of the Board of Executive Clemency, actions of the Governor/Legislature, and/or judicial proceedings are not

         grievable.

(x)      **Other:  You have submitted 3 informal's involving 3 different issues. The informal dated 4/3/2020, was never processed. You only attached 1 informal response and you did not place a case number on the grievance. These are being returned. I recommend you get with your COIII and attempt to resolve if in fact there is an issue.**



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| RECEIVED BY |
|---|
| Sastre |
| TITLE |
| CUI |

| BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|
| 31615 | 05/05/2020 |

*Note: You may appeal the Grievance Coordinator's decision by filing form 802-3, within 10 calendar days of receipt of this notice.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Juan Antonio Gamez | 139550 | 5/5/20 |

| INSTITUTION/UNIT | CASE NUMBER |
|---|---|
| Lewis Buckeye Rast 2-D-12 | |

**TO: GRIEVANCE COORDINATOR**

**Description of Grievance** *(To be completed by the Inmate)*

I Am writting The Grievance. I Am missing money from my Banking accual. I sent to Court Reddington informal Resolution. Pass So The attach copies. Now Pass more Tha 30 days. She can investigate by my money missing. I spoke To Library office I ask him can check all the money missing. I giving him money Print out. I spoke To Court Bor Jon Property officer. to check all Tha legal mail I sending out. I giving to him a copy from my Print out. he speak to court Reddington all the issue money missing. Tha Court reddington Se send me only Case details. all tha money missing for all Tha Charge to my account. Court Bor Jon He speak to mail Comple. stapelton.

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

Court Reddington felt to following in Response my informal Resolution I Like to Resolve The issue Tha best I can. I Like to Refund my money back to my banking account. Jou See all Tha informal Resolution. Attach copies and Ma copy Tha Court send to me.

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Juan antonio Gamez | 5/5/20 | | |

| Action taken by _____ | Documentation of Resolution or Attempts at Resolution. |
|---|---|

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
10/16/16

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

*Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)*

Received By: _____

Title: _____

Badge #: _____

Date: *(mm/dd/yyyy)* _____

**Please Print**

| INMATE'S NAME *(Last, First M.I.) (please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| | 13/333 | 3/17/10 |

| INSTITUTION | CASE NUMBER |
|---|---|
| | 2-0-15 |

TO: _____

I am appealing the decision of _____ Re. Missing money _____ for the following reasons:

_The following is illegible handwriting about missing money_

Re missing money

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* | GRIEVANCE COORDINATOR'S SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| | 3/17/20 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | |

DISTRIBUTION: INITIAL:  White & Canary – Grievance Coordinator
Pink – Inmate
FINAL:  White – Inmate
Canary – Grievance File

802-3
12/12/13

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| GAMEZ JUAN ANTONIO | 139550 | Luis/Backeye | |

has 4739

| TO | LOCATION |
|---|---|
| C/O III Reddington | Rast 2-D-12 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am writing you The "Informal Resolution" to my money. Tha Banking acount. Charch to me. I Never sendint legal mail. Tha Days I Requsting for "Investigation" I spoke to Property officer C/o III Borjan, April 1. 2020 Time 1:38 Pm I spoke back 2:40 Pm

Banking aount Charch me. all Tha Think i don't sending a II legal mail in Tha indgent I don't order

| indgent date 1/15/20 | Time 11:20:03 Am $1.74 |
| indgent date 1/15/20 | Time 11:20:03 Am $1.74 |
| Test date 2/11/20 | Time 10:29:59 Am $10.00 |
| Test date 2/11/20 | Time 12:25:15 Pm $10.00 |
| legal mail date 3/10/20 | Time 4:18:48 Pm $12.55 |
| legal mail date 3/10/20 | Time 4:18:48 Pm $12.55 |
| legal mail date 3/17/20 | Time 7:04:32 Pm $9.90 |
| legal mail date 3/17/20 | Time 7:04:32 Pm $9.90 |
| legal mail date 3/22/20 | Time 5:34:15 Pm $3.90 |
| legal mail date 3/22/20 | Time 5:34:15 Pm $3.90 |

I trdy to Resolve The issue best I can. to Refund. my money back to my acount Please

I wait. to hear from you your Respond back to me.

I will following my next step

Thank you very much.

I biving to he hand to head

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Juan antonio Gamez | 04/02/20 |

4/2/20  No Response

20 016254

Have you discussed this with institution staff?   ☒ Yes   ☐ No

If yes, give the staff member name: C/o III Property S. Borjan

Distribution:   INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| GAMEZ JUAN ANTONIO | 139550 | Luis/Buckeye | 04/03/20 |

| TO | LOCATION |
|---|---|
| C/OII ReddingTon | RasT 2-D-12 |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

I Am writing You The "informal Resolution I Like to Resolve The Issue Tha best I can." UTiliTy Fee over Charge to me I have My received. and *date. Time* Please Can you investigate The ISSUE

| | | |
|---|---|---|
| 12/21/19 Time 12:36.09 AM | $2.00 | |
| 12/21/19 Time 12:36.09 AM | $2.00 | Same 2.00 |
| 12/21/19 Time 12:36.09 AM | $2.00 | |
| 1/18/20 Time 12:23.36 AM | $2.00 | |
| 1/18/20 Time 12:23.36 AM | $2.00 | Same 2.00 |
| 1/18/20 Time 12:23.36 AM | $2.00 | |
| 2/15/20 Time 12:15.10 AM | $2.00 | |
| 2/15/20 Time 12:15.10 AM | $2.00 | Same 2.00 |
| 2/15/20 Time 12:15.10 AM | $2.00 | |
| 3/21/20 Time 12:16:00 AM | $2.00 | |
| 3/22/20 Time 5:34.15 Pm ? | $2.00 | same 2.00 |
| 3/22/20 Time 12:16.00 AM | $2.00 | |

I like to if you InvestigaTer The issue, and Resolve Thes Tha best I can.  I wait to hear. from your respond back to me.   I have a copy The letter for myself Thank you very much.

Duplicate

Each I was only deducted from your account once

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| Juan antonio Gamez | 04/03/20 |

Have you discussed this with institution staff?   ☒ Yes   ☐ No

If yes, give the staff member name: I Spoke to library.

Distribution:   INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL:  White – Inmate;  Canary – Grievance Coordinator File

802-11
6/25/14

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| G____ | 137___ | ____ | |

| TO | LOCATION |
|---|---|
| ____ | ____ |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

_____

_____

_____

Banking _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Refund _____

_____

_____

_____

I want to be bonded to ____

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | |

Have you discussed this with institution staff?   ☒ Yes   ☐ No

If yes, give the staff member name: ____

Distribution:   INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL:  White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Response

> For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| | 137550   20 014 198 |

| INSTITUTION/UNIT |
|---|
| |

| FROM | LOCATION |
|---|---|
| | |

| | |
|---|---|

Inmate

**STAFF** SIGNATURE

DATE *(mm/dd/yyyy)*

Distribution:   INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL:  White – Inmate; Canary – Grievance Coordinator File

802-12
6/25/14



# Inmate Grievance/Informal Response Notice
## Non-Medical

**Inmate Name:** JUAN GAMEZ                          **Prison/Unit:** LEWIS/LEWIS RAST

**ADC#:** 139550                                     **Bldg/Bed:** L32 HU2D12U

## Case #:20-016198

## Informal Complaint

**Type:** Informal Response

**Date Received:**

**Response Author:** 04/01/2020 08:52 AM

**Responded On:** 04/02/2020 01:28:18 PM

**Decision:**

## Case Details

**Case Number:** 20-016198                           **Grievance Status:** Open

## Case Data

**Prison of Complaint:** LEWIS                        **Unit of Complaint:** LEWIS RAST

**Opened Date:** 04/01/2020 08:52 AM                 **Grievance Stage:** Informal Submitted

**Grievance Category:** Banking

## Informal Grievance Response

**Grievance Date:** 03/31/2020 12:00:00 AM           **Issue:** BANKING CHARGES

**Response Due:** 04/22/2020 08:52 AM                **Responder:** KATHY REDDINGTON

**Response:** 4/2/2020 YOUR INFORMALS HAVE BEEN SUBMITTED. PLEASE ALLOW TIME FOR A RESPONSE BEFORE YOU SUBMIT ANY MORE REGAURDING THIS ISSUE. WE ARE CHECKING INTO THIS WITH BANKING, MAIL AND LIBRARY AND THIS TAKES TIME. THIS IS NOT YOUR RESPONSE JUST INFORMATION FOR YOU. THIS WILL COVER BOTH YOUR RECENT INFORMALS.

⌐Unprocessed

**Officer's Name:** REDDINGTON, KATHY A

**Notice:** If you are dissatisfied with the Informal Complaint Response, you may file a formal grievance (form 802-1 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by
• Placing a single complaint on a single Inmate Grievance form.

  **NOTE:** If multiple unrelated issues are on a single form or if a duplicate complaint is filed, the grievance shall be rejected and returned unprocessed.

Juan antonio Gamez

139550

lewis Buckeye

Rast 2-D-12

P o Box 3600

Buckeye AZ 85326

DiRECTOR

DAVED SHINV

1601 W. Jefferson

Phoenix AZ 85007

Mr. Shinn

I am writing you The letter to bring to your attention The issue

missing money from my Banking account

I following all my step. I Submit Tha informal Resolution to COlll

Reddington Kathy She never investigater Tha mail Room or Banking

for The issue missing money from my Banking account

Tha money my family send to me.

I Following Tha Grievance Tha Grievance She or him never investigate

for my money missing. The is Tha number #20 0161 198 The is Tha

othere number #20-016254 Tha case no:

Tha Grievance Coordinater She or him Not invastigater The Problem

or issue.

I Like to Resolve The Problem Tha best i can. to

Refund. my money back.

I wait for you response back to me. hope I haer from you

if NoT. I will following my legal step NexT

Thank you for your time. hope you can resolve The issue

Soon As Possible i have a copy The letter for myself

I Requesting to Removed her from The Job She can Not handle The Job

COlll Reddington                                                    6/8/20

_Juany antonio Glanez_        copy

Juan antonio Gamez                    ARiZONA Attorny General
#139550                               MARK BRNovich
Lewis Buckeye                         Office of The Attorney Genera.
Rost 2-D-12                           2005 N. Central AV
P O BOX 3600                          PHoenix  AZ 85004-2926
Buckeye AZ 85326

          Mr. BRNovich

I writing The letter to bring The issue. To your attention
        money missing from my Banking account
I Submit all my Paper Work. to C/o 111 Reddington Kathy
   informal Resolution, She never answer. She not invetigater
   Mail Room. or Banking. Tha money missing. is from
   my family Send to me.
   I following. my Grievance. Tha grievand coordinator. She orhim don'T invetigate
   I following my APPael to send to Central office
   Please I Like to Resolve The issue Tha best I can
   Tha So I Requesting to Refund my money back
    my family. No. I call I told. The issue
    Please. I Requesting. to resolve The issue Tha best I caN
   before I do. my Legal Step. I let my lawser. no. in Send. all
   my legal Paper Wark with I have
        I wait for your response back. hope I hard from
   You. Soon. Thank you very much for your time
I Requesting to Remuve  her from The Job she can do. C/o 111 Reddington
          Juan antonio Gamez  ———  6/8/20
                                         COPY

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| GAMEZ Juan antonio | 139550 | lewis/Buckeye | 6/10/20 |

| TO | LOCATION |
|---|---|
| SSU Saidinmah | Rast 2-D-12 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am Spoke to you today: 6/10/20 Round Time 12:55 Pm to The ISSue Missing money from my Banking acount

I Spokeng to you. Tha C/o IV Reddington she not invaligater The Problem

C/o IV she or him don't investigater The issue

Tha only I want to Resolve The Problem Tha best I can

To Refund my money Back.

Tha money my family Send to me.
Please if you invitigater, The Problem, Please writing all documents and Paper work I wait to hear from you. Soon.

hope you bring as good New's

Please Send me a Copy from The letter

| INMATE SIGNATURE Juan Antonio Gamez | DATE (mm/dd/yyyy) 6/10/20 |
|---|---|

Have you addressed this with Department staff?  ☒ Yes ☐ No

If yes, give the staff member's name and the date you addressed with them:

C/o IV Redding To: SSU.                    6/10/20 Time 12:55 Pm
(Staff Member's Name) (Please print)          (Date addressed)

*Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.*

Distribution:  Original – Master File
                Copy - Inmate

916-1
7/25/19

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter

*Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| GAMEZ JUAN. A | 139550 | Lewis Rast Clos | 7/27/20 |

| TO | LOCATION ASPC- LEWIS COMPLEX |
|---|---|
| INMATE BANKING MANAGE | INMATE BANKING |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I have BEEN MISSING MONEY FROM MY INMATE ACCOUNT SINCE JANUARY 15th 2020 I'VE FILED AN INFORMAL AND two INMATE GRIEVANCE'S to date I'M ON step two CENTRAL OFFICE IN WHICH I DESIRE A RULING IN THREE (3) WEEK'S

I HAVE FURTHER FILED TO THE AZ ATTY. GEN A COPY OF MY NOTICE OF CLAIM FOR $500.00 SENCE IT LOOKS LIKE I'LL BE HAVING to File A SMALL CLAIM IN SUPERIOR COURT, FOR I'm REQUESTING NAMES OF ALL A.D.O.C PERSONELL WORKING IN INMATE BANKING FOR SUBPOENA'S OF EVERY WORKER.

IN A SMALL CLAIM PROCEEDING FOR I WILL DEMAND

1) $5,000.00 FOR ATTORNEY FEES
2) $7,500 THEFT OF APPROX. AMT OF $148.91 FROM MY ACCT.

PLEASE COMPLY WITH MY REQ. FOR ALL NAMES, A NEW I'M BANKING PRINTOUT SINCE 1/20/20 AND A COPY OF THIS I'M LETTER ALONG WITH YOUR RESPONSE

I have Copy for mySilf THIS LETTER

| INMATE SIGNATURE *Juan antonio Gamez* | DATE (mm/dd/yyyy) 7/27/2020 |
|---|---|

Have you addressed this with Department staff? ☑ Yes ☐ No

If yes, give the staff member's name and the date you addressed with them:

COIII Reddington COIV Morris Sgt Perez 7/2/20
(Staff Member's Name) (Please print) COII Berton (Date addressed)

**Received**

**Inmate Banking**

*Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.*

Distribution:  Original – Master File
        Copy – Inmate

916-1
7/25/19

# NOTICE OF CLAIM AGAINST
## THE ARIZONA DEPT OF CORRECTION

CLAIMANTS NAME. JUAN. A. GAMEZ #139550
CLAIMNTS ADDRESS P.O.BOX 3600 BUCKEYE AZ 85326

DATE OF OCCURENCE
TIME OF OCCURENCE
LOCATION OF OCCURRECE

APPROX, MARCH 12th 2020 I NOTICED APPROX $200.00 Violation of
AR.S.§13-1802 S-A Class. I MISDEMEANOR UPON DISCOVERING THE
MISSING MONEY, I SPOKE WITH C.O.II BORJON ON MARCH 30th 2020
C.O. BORJON INDICATED THAT HE WOULD look INTO MY CLAIMS
C.O.II BORJON FOUND THAT MY Claims WERE TRUE. I THEN SPOKE
WITH THE LIBRARIAN MR. HARTZEL CONCERNING CHARGE'S FOR
LEGAL SUPPLIES ECT. WHOM. Also AGREED to MY CLAIMS OF WRONGFUL
CHARGES. UPON CONFIRMATION FROM COII BORJON AND.MR. HARTZEL.
I SOUGHT to obTAIN A PRINT-OUT OF MY ACCOUNT. AND FOUND
THE Following to BE WRONGFULLY TAKEN OFF MY INMATE ACCOUNT
1). LEGAL SuPPLIES. APPROX $26.22 /#35.48
2) LEGAL POSTAGE APPROX  $48.80
3) TEST (UNKNOW)   $ 20.00
4) UTILITIES APPROX   $ 22.00
CLAIMNTS WITNESSES ARE COII BORJON: MAIL AND PROPERTY
LIBRARIAN MR.HARTZEL  COIII REDDINGTON
SSU SAIDIAMAH  COIV MORRIS  SGT. PEREZ
THIS CLAIM. CAN BE SETTLED FOR $500.00
IF PAID BEFORE THE FILING OF A.

Small Claim in maricopa County Superior Court. A failure to settle would only increase the Claim to $7.500 plus attorney fee's and all court cost's

Juan antonio Garcia
CLAIMANT'S SINGATURE.

CC: my hand Copy

AFFIDAVIT IN
SUPPORT OF NOTICE OF CLAIMS
IN THE STATE OF ARIZONA
FOR THE COUNTY OF MARICOPA
I JUAN A. GAMEZ 139550   AM COMPETENT
AS to TESTIFY PS to THE STATEMENT'S MADE HERE
AND IN THE NOTICE OF CLAIM ON PAGE 1-OF 2


STATEMENT'S
MY SUBMITTANCE OF A NOTICE OF CLAIM FOR A
SETTLEMENT OF $500.00 IS DO TO THE
FACT BEING 1) A.D.O.C. WRONGFULLY took APPROX
    $128.00 FROM MY INMATE ACCOUNT
2) A.D.O.C. STAFF HAVE FAILED to
CORRECT THE THEFT PROVEN BY ME.
3) THE RAST UNIT GRIEVANCE COORDINATOR PROCESSED
MY GRIEVANCE WITHOUT ASSIGNING A CASE NO.
AS REQUIRED BY POLICY
I JUAN A. GAMEZ HAVE EXAMINED THE STATEMENTS
MADE BY ME ON P. 1 AND 2 AN ATTEST
TO THEM BEING TRUTHFUL UNDER PERJURY

Juan Antonio Gamez                7/20/20
CLAIMANT

Steven M. Latto

PUBLIC NOTARY        2 OF 2    MY COMM EXPIRES

OFFICIAL SEAL
STEVEN M. LATTO
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Jan. 17, 2021

cc: my hand copy

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| GARREZ Juan antonio | 139580 | lewis Buckeye | 8/29/20 |

| TO | LOCATION |
|---|---|
| SSU CO D. lewis | Rast 2-D-18 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am writing You The letter to Regarding, The issue, I bring to Your attention "' Mornn Missing from My Danking account.

The is Tha following letter I Send to you, I Spoke to you Today 8/28/2020 Time 11:50 Am. You Told me. you speak to COIV morris, The issue She Told you She resolve The issue.

Never Resolve, Tha issue, She never Refund my money back to my account

COIV morris She lyeng to You.

I request if you writing, I.R. to her coIV morris or to CIoIII Piddington.

I have a copy for myself

hope I get Reponse back from you

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| *Juan antonio Garez* | 8/29/20 |

Have you addressed this with Department staff? ☑ Yes ☐ No

If yes, give the staff member's name and the date you addressed with them:

| SSU D. lewis, Sgt Perez | 8/28/20 Time 11:58 Am /Sgt Perez 7/2/20 |
|---|---|
| *(Staff Member's Name) (Please print)* | *(Date addressed)* |

**Note:** *Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.*

Distribution:    Original – Master File
                 Copy - Inmate

916-1
7/25/19

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter

*Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| GAMEZ JUAN ANTONIO | 139550 | Lewis Buckeye | 8/8/20 |

TO **CIU COORDINATE**    LOCATION **Rast 2-D-12**

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

IM writing you The letter REQUESTING To INVESTIGATION, INVolving money missing from my Banking account.

I Tray to Resolve The ISSUE. Tha Best I CAN.

I wrote to CO III Reddingtong. informal Resolution I following Tha Grievance.

I Spoke to SSU. Send a letter to him's CoIII Reddington CoIV morris Sgt PereZ

I Send to Tha Appeal to central office
I Send letter to General Attorney
I Send a letter to Director central office

I wait for your Respond back To me.

I have a copy The letter for myself

Thank you very Much.

Department Order 501.03    1.3.3 SECTION DELETED
Criminal activity 1.4    1.4.1 Criminal activity involving   1.4.2 CIU shall Coordinete with The local law 8 A.R.S. 41-1604, B.I  1.4.3  1.4.4

| INMATE SIGNATURE *Juan antonio Gamz* | DATE (mm/dd/yyyy) 8/8/20 |
|---|---|

Have you addressed this with Department staff?  ☒ Yes  ☐ No

If yes, give the staff member's name and the date you addressed with them:

CoIII Reddington IV morris Sgt PereZ  7/2/20
(Staff Member's Name) (Please print)          (Date addressed)

**Note:** Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, *Inmate Disciplinary Procedure.*



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| GAMEZ JUAN ANTONIO | 139550 | Lewis Buckeye | 9/6/2020 |

| TO | LOCATION |
|---|---|
| Supervisor Jessica Quihuis inmate Banking | Rast 2-D-18 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I m writing The inmate letter: inmate Banking Account
missing money

I like to know hu take my money from my Banking account
missing money. I like to find out. hu take. Tha money
I have all Tha money Print out.

I like Speak to you. Soon As Possible
To Resolve The issue Tha best I Can
I wait To hear from you
I have a Copy The letter for mySelf

Thank you very much for your time

have nice day

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Juan antonio Gamez | 9/6/2020 |

Have you discussed this with institution staff?   ☒ Yes   ☐ No

If yes, give the staff member name: Colli Reddington Colv norris Sgt Perez SSu. CIU

Distribution:   INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL:  White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14